**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**VALENTINA M. PERETTI ACUTI and**
**PAUL J. REITNAUER, III,**

                      Plaintiffs,

-against-                          20 **CIVIL** 6570 (NRB)

## JUDGMENT

**AUTHENTIC BRANDS GROUP LLC and**
**ABG EPE IP, LLC,**

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 13, 2021, plaintiffs are not entitled to the declaratory judgment they seek, and Authentic's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

      August 16, 2021

                                             **RUBY J. KRAJICK**
                                               Clerk of Court
                              **BY:**
                                                 Deputy Clerk