UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINA M. PERETTI ACUTI and PAUL J. REITNAUER III, <br><br> Plaintiffs, <br><br> vs. <br><br> AUTHENTIC BRANDS GROUP LLC and ABG EPE IP, LLC, <br><br> Defendants. | Case No. 20-cv-6570 (NRB) <br><br> **NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that plaintiffs Valentina M. Peretti Acuti ("Acuti") and Paul J. Reitnauer III ("Reitnauer," to together with Acuti, "Plaintiffs") in the above-captioned matter hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered on August 13, 2021 (ECF Doc. No. 30) that granted the motion to dismiss filed by defendants Authentic Brands Group LLC ("Authentic") and ABG EPE IP, LLC ("ABG," and together with Authentic, "Defendants") and dismissed the Plaintiffs' complaint in its entirety.

Dated:  September 10, 2021

Respectfully submitted,

**REITLER KAILAS & ROSENBLATT LLP**

By:  *s/ Robert Clarida*
Robert Clarida
885 Third Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 209-3050
Facsimile:  (212) 371-5500
Email:  rclarida@reitlerlaw.com

*Attorneys for Plaintiffs*